IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SCOTT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-5368 |
| ADRIANNO CARETTE, ET AL. | : | |

# ORDER

**AND NOW**, this  31st  day of   October  , 2013, upon consideration of Defendant Corrections Officer Adriano Carrete's Motion To Dismiss (ECF No. 31) and Defendants Corrections Officers Stephany, Sowell, Joe Aquino, and Sergeant Verosky's Partial Motion to Dismiss Plaintiffs' Amended Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (ECF No. 37), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED.**

   **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**.